UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SUSAN TAIT,**

      **Plaintiff,**

**v.**                                          **Case No. 3:15cv441/MCR/EMT**
                                                    **[Consolidated with Lead Case No.**
                                                    **3:15cv324/MCR/CJK]**

**GRANNY NANNIES OF NORTH**
**AMERICA LLC, and**
**MYHYLANDERS ELDERCARE LLC**
**doing business as**
**GRANNY NANNIES,**

      **Defendants.**
_____/

## ORDER

      Defendants have filed an Uncontested Motion for Consolidation of Cases, ECF No. 13, requesting that this case be consolidated with *St. Germain v. Granny Nannies of North America, LLC and MyHylanders Edlercare, LLC,* Case No. 3:15cv324/MCR/CJK.  The Court has discretion to consolidate cases involving common questions of law or fact.  *See* Fed. R. Civ. P. 42(a).  Here, the Plaintiff in each case seeks unpaid minimum wages and overtime under the Fair Labor Standards Act, alleging she previously worked as a home-care nurse and was improperly classified and paid as an independent contractor instead of an employee.  The Court's review confirms Defendants' assertion that the cases involve identical claims,

defenses, Defendants, and attorneys and that judicial economy is best served by consolidation.  Because the Court finds common issues of law and fact prevail, and counsel for all parties in both cases agree, the motion will be granted.  *See* Fed. R. Civ. P. 42(a)(2).  The issue may be revisited at the time of trial if necessary.

Accordingly:

1. Defendants' Uncontested Motion for Consolidation of Cases, ECF No. 13, is **GRANTED.**  This case is hereby consolidated with *St. Germain v. Granny Nannies of North America, LLC and MyHylanders Edlercare, LLC,* Case No. 3:15cv324/MCR/CJK, which, as the first-filed case, will serve as the Lead Case.

2. The Clerk is directed to file a copy of this Order in both cases.  The Parties are directed to thereafter file all papers and motions <u>only</u> on the docket of the Lead Case.

3. The Final Scheduling Order in the Lead Case, *St. Germain v. Granny Nannies of North America, LLC and MyHylanders Edlercare, LLC,* Case No. 3:15cv324/MCR/CJK, ECF No. 18, now governs both consolidated cases.  The parties are directed to confer and file an amended joint Rule 26 Report within fourteen (14) days if any changes in the Final Scheduling Order are requested because of the consolidation.

**DONE and ORDERED** this 22nd day of December, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

Lead Case No. 3:15cv324/MCR/CJK
Member Case No. 3:15cv441/MCR/EMT